NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MARTICE DESHAWN WALLACE, *Petitioner*.

No. 1 CA-CR 23-0025 PRPC

FILED 12-12-2024

Petition for Review from the Superior Court in Maricopa County
No. CR 2017-127900-001
The Honorable Jay R. Adleman, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Martice Deshawn Wallace, Eloy
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Michael S. Catlett, Judge Jennifer M. Perkins, and Vice Chief Judge Randall M. Howe delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**         Petitioner Martice Deshawn Wallace seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fourth petition.

**¶2**         Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**         We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**         We grant review and deny relief.

